

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-17-00782-CR

Arthur Lee **KIMBEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6234
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's reply brief was due December 31, 2018. *See* TEX. R. APP. P. 38.6(c). On December 27, 2018, appellant filed a motion requesting a thirty (30) day extension of time to file a reply brief. After consideration, we **GRANT** appellant's request and **ORDER** appellant to file his reply brief **on or before February 6, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court